Marilyn Raia, SBN 072320
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff St. Paul Fire & Marine
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>SHAMROCK MATERIALS, INC., a California corporation,<br><br>              Defendant. | Case No.: C07-3150 MEJ<br><br>**REQUEST FOR ORDER FOR CONDITIONAL DISMISSAL AND (PROPOSED) ORDER** |

    Plaintiff is pleased to report to the Court that this matter has been settled and execution of the settlement agreement and payment of settlement funds are the only matters remaining to fully conclude the case.

    Accordingly, plaintiff requests that the Court dismiss the case without prejudice, each side to bear its own attorneys' fees and costs on the condition that if any party shall certify to the Court within ninety days of the date that the order of conditional dismissal is signed, with proof of service of a copy on the other party, that the execution of the settlement agreement and payment of settlement funds have not been concluded, the dismissal shall stand vacated and the case shall be restored forthwith to the Court's calendar for further proceedings.

///

///

///

6085997.1

– 1 –

1  DATED: September 10, 2007

2                                              BULLIVANT HOUSER BAILEY PC

3

4                                              By  *[signature]*
                                                Marilyn Raia
5

6                                              Attorneys for Plaintiff St. Paul Fire & Marine
                                                Insurance Company
7

8  SO ORDERED:

9  DATED:
                                                _____
10                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6085997.1                          – 2 –
REQUEST FOR ORDER FOR CONDITIONAL DISMISSAL AND (PROPOSED) ORDER