1  Marilyn Raia, SBN 072320
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California 94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4
5  Attorneys for Plaintiff St. Paul Fire & Marine
   Insurance Company
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 | ST. PAUL FIRE & MARINE INSURANCE | Case No.: C07-3150 MEJ
11 | COMPANY, a Minnesota corporation, |
   |                                   | **REQUEST FOR ORDER FOR**
12 |         Plaintiff,                | **CONDITIONAL DISMISSAL AND**
   |                                   | ~~(PROPOSED)~~ **ORDER**
13 |     vs.                           |
14 | SHAMROCK MATERIALS, INC., a       |
   | California corporation,           |
15 |                                   |
   |         Defendant.                |

16

17     Plaintiff is pleased to report to the Court that this matter has been settled and execution
18 of the settlement agreement and payment of settlement funds are the only matters remaining to
19 fully conclude the case.
20     Accordingly, plaintiff requests that the Court dismiss the case without prejudice, each
21 side to bear its own attorneys' fees and costs on the condition that if any party shall certify to the
22 Court within ninety days of the date that the order of conditional dismissal is signed, with proof
23 of service of a copy on the other party, that the execution of the settlement agreement and
24 payment of settlement funds have not been concluded, the dismissal shall stand vacated and the
25 case shall be restored forthwith to the Court's calendar for further proceedings.
26 ///
27 ///
28 ///

1  DATED: September 10, 2007

2                                          BULLIVANT HOUSER BAILEY PC

3

4                                          By /s/ Marilyn Raia
                                           Marilyn Raia
5
                                           Attorneys for Plaintiff St. Paul Fire & Marine
6                                          Insurance Company

7

8  SO ORDERED:

9  DATED: September 11, 2007
                                           _____
10                                         Judge Maria-Elena James

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6085997.1                                  – 2 –
REQUEST FOR ORDER FOR CONDITIONAL DISMISSAL AND (PROPOSED) ORDER